# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| Tampa Simone Saleh | * |
| | * |
|    Plaintiff | * |
| | * |
| v. | * |
| | * |
| Bahadir Yaldiz, et al | * |
| | * |
|    Defendants | * |

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE THAT** pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, the Defendant, Bahadir Yaldiz, with the consent of Defendant Extant Transport Services, Inc., (collectively, "Defendants") herby removes this civil action from the Circuit Court of Maryland for Prince George's County where it is currently pending as Case No: CAL 1914019 to the United States District Court for Maryland, Southern Division, and states:

1. The Complaint in the State Court action was filed on April 23, 2019. Service was made on Defendants Bahadir Yaldiz and Extant Transport Services, Inc., on May 20, 2019. A copy of the Complaint is attached hereto as Exhibit 1.

2. The amount in controversy exceeds the sum of $75,000 exclusive of interest and cost. The State Court Action involves a controversy between citizens of different states under 28 U.S.C. § 1332 (a)(1) and thus is a civil action of which the United States District Court has original jurisdiction.

3. At the time of the commencement of this action in state court, and since that time, the plaintiff Tampa Simone Saleh was, and is now, a citizen of Maryland. The Defendant Bahadir Yaldiz at the time the action was commenced and at the present time, was, and still is, a citizen of Virginia. The Defendant Extant Transport Services,

Inc., was, and still is, a corporation, incorporated and existing under and by virtue of the laws of Virginia having its principal place of business in Virginia. None of the Defendants is a citizen of the state in which the action was brought.

4. The United States District Court for the District of Maryland, Southern Division, embraces the district in which the State Court Action is now pending.

5. A copy of all process, pleadings, and orders served upon Defendants is filed with this notice.

6. Defendants are entitled to remove this action to the United States District Court for the District of Maryland, Sothern Division, pursuant 28 U.S.C. §§ 1332 and 1441.

7. Written notice of this petition is being sent to Plaintiff's counsel and a copy of said Notice is being filed with the clerk of the United States District Court for District of Maryland pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, Defendants request that this action proceed in this court as an action properly removed to it.

Respectfully submitted,

*/s/ Laurie Garey*

_____
Laurie Ann Garey, Esquire
Bar No.: 24442
Progressive House Counsel
11350 McCormick Road, Suite 601
Executive Plaza II
Hunt Valley, MD  21031
Phone: (410) 753-6494
Facsimile: (866) 263-3270
LGarey1@progressive.com
Attorney for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of June 2019, a copy of the Notice of Removal was mailed postage prepaid to:

Stacie Wollman, Esquire
Law Offices of Stacie J. Wollman
135 Gorman Street, 2nd Floor
Annapolis, MD  21401

_____
Laurie Ann Garey, Esquire