IN THE CIRCUIT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY

TAMPA SIMONE SALEH
1011 KENNEBEC STREET
APARTMENT 3C
OXON HILL, MD 20745

    Plaintiff

v.

BAHADIR YALDIZ
225 S WHITING STREET
APARTMENT 323
ALEXANDRIA, VA 22304

and

EXTANT TRANSPORT
SERVICES INC.
DBA: EXTANT TRANSPORT
5716 INDEPENDENCE CIRCLE
ALEXANDRIA, VA 22312

<u>SERVE ON RESIDENT AGENT:</u>

SERAP YALDIZ
5716 INDEPENDENCE CIRCLE
ALEXANDRIA, VA 22312

    Defendants

Case No.: CAL19-14019

## COMPLAINT

COMES NOW Plaintiff, Tampa Simone Saleh, by and through counsel, Stacie J. Wollman, and sues Defendants, Bahadir Yaldiz and Extant Transport Services Inc., for reason states:

### COUNT I

1.  For that on or about April 28, 2016 at approximately 4:55 p.m., the Plaintiff, Tampa Simone Saleh, was operating a motor vehicle traveling southbound on Interstate 495 at or near

Route 202, Prince George's County, Maryland.

2. That at the time and place aforesaid, Defendant driver, Bahadir Yaldiz, was operating a motor vehicle traveling southbound on Interstate 495 at or near Route 202, when suddenly and without warning traveled into Plaintiff's lane of travel and struck the driver side of Plaintiff's vehicle.

3. That Defendant driver, Bahadir Yaldiz, was further negligent in not looking in the direction in which he was operating his vehicle, in failing to maintain a proper lookout for other vehicles lawfully on the roadway, in failing to have his vehicle under proper and sufficient control for conditions then and there existing, in failing to avoid the collision aforesaid when, in the exercise of due care and caution he could have and should have done so, in failing to reduce his speed to avoid the collision aforesaid, in operating his vehicle at a speed greater than reasonable for the conditions then and there existing and was, in other ways careless, reckless and negligent.

4. That as a direct result of the collision aforesaid and the negligence of the Defendant driver, Bahadir Yaldiz, the Plaintiff, Tampa Simone Saleh, sustained serious, painful and permanent injuries about the head, body and limbs, suffered severe nervous shock and mental anguish, was and will be required to undergo medical care and treatment, was and will be caused to lose time from her gainful employment, was and will be

unable to engage in her normal activities and pursuits and, in other ways, suffered injury, loss and damage.

## COUNT II

5. That Plaintiff, Tampa Simone Saleh, hereby incorporates by reference, as if specifically set forth herein, all the relevant and pertinent allegations contained in Count I of the Complaint and adopts same and makes them a part of this count.

6. That at the time of the collision aforesaid, the Defendant driver, Bahadir Yaldiz, was operating a motor vehicle owned by the Defendant, Extant Transport Services Inc., with the knowledge, permission and consent of the Defendant, Extant Transport Services Inc.

7. That at the time of the collision aforesaid, the Defendant driver, Bahadir Yaldiz, was acting as the agent, servant, or employee of the Defendant, Extant Transport Services Inc.

WHEREFORE, this suit is brought and Plaintiff, Tampa Simone Saleh, claims damages, against Defendants, Bahadir Yaldiz and Extant Transport Services Inc., in excess of Seventy-Five Thousand Dollars ($75,000.00).

_____
Stacie J. Wollman, Esq.
#8912190335
Law Office of Stacie J. Wollman
135 Gorman Street
Annapolis, Maryland 21401
stacie@staciewollmanlaw.com
(410)268-7200
Attorney for Plaintiff

IN THE CIRCUIT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY

| | |
|---|---|
| TAMPA SIMONE SALEH<br>1011 KENNEBEC STREET<br>APARTMENT 3C<br>OXON HILL, MD 20745<br><br>    Plaintiff<br><br>v.<br><br>BAHADIR YALDIZ<br>225 S WHITING STREET<br>APARTMENT 323<br>ALEXANDRIA, VA 22304<br><br>and<br><br>EXTANT TRANSPORT<br>SERVICES INC.<br>DBA: EXTANT TRANSPORT<br>5716 INDEPENDENCE CIRCLE<br>ALEXANDRIA, VA 22312<br><br><u>SERVE ON RESIDENT AGENT:</u><br><br>SERAP YALDIZ<br>5716 INDEPENDENCE CIRCLE<br>ALEXANDRIA, VA 22312<br><br>    Defendants | *<br>*<br>*<br>*    Case No.:<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

<u>DEMAND FOR JURY TRIAL</u>

Plaintiff, Tampa Simone Saleh, hereby pray a Jury Trial in the within matter.

                                                                               _____
Stacie J. Wollman, Esq.
#8912190335
Law Offices of Stacie J. Wollman
135 Gorman Street
Annapolis, Maryland 21401
stacie@staciewollmanlaw.com
(410)268-7200
Attorney for Plaintiff

Circuit Court for Prince George's County
_____
City or County

## CIVIL - NON-DOMESTIC CASE INFORMATION REPORT

**DIRECTIONS:**
*Plaintiff:* This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Judge of the Court of Appeals pursuant to Rule 2-111(a). A copy must be included for each defendant to be served.
*Defendant:* You must file an Information Report as required by Rule 2-323(h).
**THIS INFORMATION REPORT CANNOT BE ACCEPTED AS AN ANSWER OR RESPONSE.**

FORM FILED BY: [X] PLAINTIFF [ ] DEFENDANT   CASE NUMBER _____
(Clerk to insert)

CASE NAME: TAMPA SIMONE SALEH  vs.  BAHADIR YALDIZ, ET AL.
                Plaintiff                              Defendant

JURY DEMAND: [X] Yes [ ] No   Anticipated length of trial: ____ hours or __2__ days
RELATED CASE PENDING? [ ] Yes [X] No   If yes, Case #(s), if known: _____

Special Requirements?  [ ] Interpreter (Please attach Form CC-DC 41)
                       [ ] ADA accommodation (Please attach Form CC-DC 49)

### NATURE OF ACTION (CHECK ONE BOX) | DAMAGES/RELIEF

| TORTS | LABOR | A. TORTS | |
|---|---|---|---|
| [X] Motor Tort | [ ] Workers' Comp. | **Actual Damages** | |
| [ ] Premises Liability | [ ] Wrongful Discharge | [ ] Under $7,500 | [X] Medical Bills |
| [ ] Assault & Battery | [ ] EEO | [ ] $7,500 - $50,000 | $ 68,161.79 |
| [ ] Product Liability | [ ] Other _____ | [X] $50,000 - $100,000 | [ ] Property Damages |
| [ ] Professional Malpractice | **CONTRACTS** | [ ] Over $100,000 | $ _____ |
| [ ] Wrongful Death | [ ] Insurance | | [ ] Wage Loss |
| [ ] Business & Commercial | [ ] Confessed Judgment | | $ _____ |
| [ ] Libel & Slander | [ ] Other _____ | | |
| [ ] False Arrest/Imprisonment | **REAL PROPERTY** | **B. CONTRACTS** | **C. NONMONETARY** |
| [ ] Nuisance | [ ] Judicial Sale | | |
| [ ] Toxic Torts | [ ] Condemnation | [ ] Under $10,000 | [ ] Declaratory Judgment |
| [ ] Fraud | [ ] Landlord Tenant | [ ] $10,000 - $20,000 | [ ] Injunction |
| [ ] Malicious Prosecution | [ ] Other _____ | [ ] Over $20,0000 | [ ] Other _____ |
| [ ] Lead Paint | **OTHER** | | |
| [ ] Asbestos | [ ] Civil Rights | | |
| [ ] Other _____ | [ ] Environmental | | |
| | [ ] ADA | | |
| | [ ] Other _____ | | |

### ALTERNATIVE DISPUTE RESOLUTION INFORMATION

Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)
A. Mediation [X] Yes [ ] No        C. Settlement Conference [X] Yes [ ] No
B. Arbitration [X] Yes [ ] No       D. Neutral Evaluation [ ] Yes [X] No

### TRACK REQUEST

With the exception of Baltimore County and Baltimore City, please fill in the estimated LENGTH OF TRIAL. **THIS CASE WILL THEN BE TRACKED ACCORDINGLY.**

[ ] 1/2 day of trial or less       [ ] 3 days of trial time
[ ] 1 day of trial time            [ ] More than 3 days of trial time
[X] 2 days of trial time

PLEASE SEE PAGE TWO OF THIS FORM FOR INSTRUCTIONS PERTAINING TO THE BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM AND COMPLEX SCIENCE AND/OR MEDICAL CASE MANAGEMENT PROGRAM (ASTAR), AS WELL AS ADDITIONAL INSTRUCTIONS IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY, PRINCE GEORGE'S COUNTY, OR BALTIMORE COUNTY.

Date __4-23-19__          Signature _____

CC/DCM 002 (Rev. 2/2010)           Page 1 of 3

## BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM

*For all jurisdictions, if Business and Technology track designation under Md. Rule 16-205 is requested, attach a duplicate copy of complaint and check one of the tracks below.*

☐ **Expedited**
Trial within 7 months
of Filing

☐ **Standard**
Trial within 18 months
of Filing

☐ EMERGENCY RELIEF REQUESTED _____
_____ _____
Signature                                      Date

## COMPLEX SCIENCE AND/OR MEDICAL CASE MANAGEMENT PROGRAM (ASTAR)

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO AN ASTAR RESOURCE JUDGE under Md. Rule 16-202. Please check the applicable box below and attach a duplicate copy of your complaint.*

☐ Expedited - Trial within 7 months of Filing     ☐ Standard - Trial within 18 months of Filing

**IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY, PRINCE GEORGE'S COUNTY, OR BALTIMORE COUNTY PLEASE FILL OUT THE APPROPRIATE BOX BELOW.**

### CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

☐ Expedited          Trial 60 to 120 days from notice. Non-jury matters.

☐ Standard-Short     Trial 210 days.

☐ Standard           Trial 360 days.

☐ Lead Paint         Fill in: Birth Date of youngest plaintiff _____.

☐ Asbestos           Events and deadlines set by individual judge.

☐ Protracted Cases   Complex cases designated by the Administrative Judge.

### CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY

To assist the Court in determining the appropriate Track for this case, check one of the boxes below. This information is <u>not</u> an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded.

☒ Liability is not conceded, but is not seriously in dispute.

☐ Liability is seriously in dispute.

| CIRCUIT COURT FOR BALTIMORE COUNTY | |
|---|---|
| ☐ Expedited<br>(Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ☐ Standard<br>(Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ☐ Extended Standard<br>(Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ☐ Complex<br>(Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |